# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. CR-24-147-G-3 |
| | ) |
| **EMALEE SHEYANN LEASURE,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

Now before the Court is the Government's Motion to Dismiss Indictment (Doc. No. 75), filed January 31, 2025. The Government represents that it believes dismissal would serve the ends of justice. No response to the Motion was filed within the time allowed.

Having considered the Motion and the circumstances of this matter, the Court finds that dismissal is in the public interest and that the Motion should be and is hereby GRANTED. *See* Fed. R. Crim. P. 48(a); *Rinaldi v. United States*, 434 U.S. 22, 29 n.15 (1977); *United States v. Romero*, 360 F.3d 1248, 1251 (10th Cir. 2004).

IT IS THEREFORE ORDERED that the Indictment (Doc. No. 1) filed April 3, 2024, charging Defendant Emalee Sheyann Leasure with violation of Title 18, United States Code, Sections 2119(1) and 2, is DISMISSED WITHOUT PREJUDICE as to Defendant Leasure only.

IT IS SO ORDERED this 11th day of February, 2025.

CHARLES B. GOODWIN
United States District Judge